**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSAMVER PACHECO-LARIOS ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) <br> ) <br> ) | Civil Case No.: 12-CV-05332-LHK <br> Related Criminal Case No.: 11-CR-00284-LHK <br><br> ORDER GRANTING UNITED STATES' MOTION FOR 45-DAY EXTENSION |

Petitioner Rosamver Pacheco-Larios ("Petitioner"), a prisoner in federal custody, has filed a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 ("Motion"). On November 19, 2012, this Court ordered Respondent United States of America ("Respondent") to file, by December 19, 2012, an answer or other response to the Motion.

On January 18, 2013, Respondent submitted a motion requesting a 45 day extension of time to respond to Petitioner's Motion. *See* ECF Nos. 20, 20-1. In Respondent's motion requesting an extension, Respondent states that the Assistant United States Attorney who was previously assigned to Petitioner's case, Suzanne DeBerry, left the United States Attorney's Office before the Court's Order directing Respondent to answer was filed, and that the case was not reassigned to another AUSA. *See* ECF No. 20. As a result, Respondent did not become aware of the Court's Order until last week. *See id.* Respondent also states that, because Petitioner's file is closed, Respondent will need time to recover the file. *See id.* Respondent therefore requests that

1

Respondent be permitted a 45 day extension to file its response. *Id.* Good cause appearing, the Court extends Respondent's deadline to respond to Petitioner's Motion to March 9, 2013.

**IT IS SO ORDERED.**

Dated: January 23, 2013

LUCY H. KOH
United States District Judge